**M. Jeanette WEHNER, Appellant,**

v.

**Carolyn D. GERLACH, Respondent.**

**No. 68269.**

Missouri Court of Appeals, Eastern District, Division Five.

Jan. 23, 1996.

M. Jeanette Wehner, St. Louis, pro se.

Dwayne A. Johnson, Johnson and Associates, St. Charles, for respondent.

Before CRANE, C.J., SIMON, J., and BLACKMAR, Senior Judge.

### *ORDER*

PER CURIAM.

M. Jeanette Wehner, acting pro se, appeals the trial court's denial of her motion to strike, motion for sanctions, and motion for interlocutory judgment on default, in an action to enforce a mechanic's lien pursuant to § 429.100 *et seq.* RSMo.1994. Judgment affirmed.

We have reviewed the briefs of the parties and the legal file and find that appellant's argument is not directed to a final judgment, but instead, is directed to the trial court's denial of her various motions. *See Green v. City of St. Louis,* 870 S.W.2d 794, 798[12, 13] (Mo. banc 1994). We further find an extended opinion would have no precedential value. A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.